IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Weldon Eugene Holtzclaw, Jr., | ) | C/A No. 6:25-cv-11486-DCC |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Hunter Blouin, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, a pretrial detainee at the Greenville County Detention Center ("the Detention Center") proceeding *pro se*, brought this action seeking damages pursuant to 42 U.S.C. § 1983. ECF. No. 1. Pursuant to 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02(B)(2) (D.S.C.), pretrial proceedings in this action were referred to United States Magistrate Judge Kevin F. McDonald.

By Order filed June 18, 2025, the undersigned entered prefiling restrictions against Plaintiff. *See Holtzclaw v. State of S.C.*, C/A No. 6:25-cv-01371-DCC, 2025 WL 1708108 (D.S.C. June 18, 2025). Similarly, based on Plaintiff's continued abusive filing practices, further prefiling restrictions were recommended by United States Magistrate Judge Kevin F. McDonald on August 1, 2025. *See Holtzclaw v. Nuzez*, C/A No. 6:25-cv-03973-DCC, at doc. 18 (D.S.C. Aug. 1, 2025). Despite the foregoing prefiling restrictions (both in place and recommended) Plaintiff has continued his abusive filing practices, filing 21 cases in July and 39 cases in August. *See* Exhibit A, listing Plaintiff's cases. Then, last week alone, Plaintiff submitted more than 76 additional cases for filing.

This Court possesses the inherent authority pursuant to the All Writs Act, 28 U.S.C. § 1651(a), to impose sanctions that are necessary to protect the Court's fundamental

ability to function, including an order limiting an individual's access to the Court.  *See Cromer v. Kraft Foods N. Am., Inc.*, 390 F.3d 812, 817 (4th Cir. 2004) ("Undoubtedly, the All Writs Act, 28 U.S.C. § 1651(a) (2000), grants federal courts the authority to limit access to the courts by vexatious and repetitive litigants"); *Foley v. Fix*, 106 F.3d 556, 556–58 (4th Cir. 1997) (noting that federal courts "are authorized to impose sanctions upon vexatious and repetitive litigants for frivolous filings).

Here, due to Plaintiff's continued voluminous, vexatious, and abusive filing practices, the Court must take action to prevent further waste of judicial resources.  Indeed, Plaintiff has 78 active cases currently pending in this Court.  *See* Exhibit A.  In each case, considerable work by the Court is required to review filings submitted by Plaintiff, determine how to file submitted documents, determine the parties to the case, review the pleadings, and draft the appropriate orders to Plaintiff for bringing the case into the proper form.  Further, in many of his cases, Plaintiff has submitted multiple letters, responses to orders, and motions, which further burden judicial resources.  Plaintiff is also prone to filing voluminous documents and cases at one time—including the 76 cases submitted to the Court at one time (and addressed below).

Accordingly, no new cases will be accepted from Plaintiff for a period of **sixty (60) days** to prevent further drain on judicial resources and allow the Court to work on the 78 active cases currently before the Court.  Any new case submitted by Plaintiff during this time **will not be filed** and will be destroyed **ten (10) days** after receipt unless picked up by Plaintiff (alternatively, Plaintiff may provide a self-addressed stamped envelope for the return of the filing to him at the Detention Center).  If Plaintiff submits a new case during this time and does not pick it up (or otherwise submit a postage paid envelope for its

return) within the allotted 10 days, the Clerk of Court is directed to destroy the submitted documents.

In addition to the foregoing, the 76 cases submitted by Plaintiff for filing in the past week are being returned unfiled. The Court has reviewed the proposed cases and finds that they include nothing more than conclusory and frivolous allegations—including one case where he sues himself for violating his rights as well as 30 cases that seek damages from South Carolina State Court Judges and United States District Court Judges. *See* Exhibit B (representative sample of proposed cases submitted). The submitted cases are also duplicative of matters asserted in Plaintiff's pending 78 cases. As such, the Clerk of Court is directed to return these 76 filings to Plaintiff unfiled.

IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

September 3, 2025
Spartanburg, South Carolina

# **EXHIBIT A**

*Holtzclaw v. Martin*, C/A No. 6:25-cv-11487-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Blouin*, C/A No. 6:25-cv-11486-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Admin. Staff of the Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-11485-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Howard*, C/A No. 6:25-cv-11484-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Blouin*, C/A No. 6:25-cv-11254-DCC-FKM (D.S.C.) (pending)

*Holtzclaw v. Priv. Investigator J. Dorset*, C/A No. 6:25-cv-10548-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. McMaster*, C/A No. 6:25-cv-10547-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Dep't of Homeland Sec.*, C/A No. 6:25-cv-10546-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Civ. Serv. Bd. of S.C.*, C/A No. 6:25-cv-10545-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Pressley*, C/A No. 6:25-cv-10544-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Greenville Cnty. Det. Ctr. Staff*, C/A No. 6:25-cv-10542-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Valez*, C/A No. 6:25-cv-10541-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Jolly*, C/A No. 6:25-cv-10540-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Fourth Cir. Ct. of Appeals*, C/A No. 6:25-cv-10539-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Phone Request Emp. John Doe #1*, C/A No. 6:25-cv-10522-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. S.C. Comptroller Gen, et al*, C/A No. 6:25-cv-10520-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Greenville Cnty. Inc., Dir.*, C/A No. 6:25-cv-10517-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. U.S. Postal Serv., et al.*, C/A No. 6:25-cv-10497-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Prison Rape Elimination Act Inv. of Greenville Cnty.*, C/A No. 6:25-cv-10495-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Madden*, C/A No. 6:25-cv-10493-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Vasquez*, C/A No. 6:25-cv-10045-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Owner of Greenville Cnty. Inc.*, C/A No. 6:25-cv-10044-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Morris*, C/A No. 6:25-cv-10043-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. S.C. Dep't of Ins.*, C/A No. 6:25-cv-09898-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Staff of Greenville Cnty. Det. Ctr. 8/3/25*, C/A No. 6:25-cv-09897-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. S.C. Jud. Sys.*, C/A No. 6:25-cv-09896-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Emps. of Greenville Cnty. Det. Ctr. 8/4/25*, C/A No. 6:25-cv-09895-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Staff of Greenville Cnty. Det. Ctr. 8/2/25*, C/A No. 6:25-cv-09894-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. S.C. Law Enf't Div.*, C/A No. 6:25-cv-09893-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Bond Court 8/1/25*, C/A No. 6:25-cv-09743-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Gresham, et al.*, C/A No. 6:25-cv-09742-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Auto Money, Inc.*, C/A No. 6:25-cv-09612-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Jorge Lara*, C/A No. 6:25-cv-09611-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Dir. of Pub. Works at Greenville Cnty.*, C/A No. 6:25-cv-09610-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Lee*, C/A No. 6:25-cv-09608-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Blackwell*, C/A No. 6:25-cv-09607-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Emp. #1, et al.*, C/A No. 6:25-cv-09606-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Scott on 1st Shift*, C/A No. 6:25-cv-09605-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. 1st Shift Emp. of the Greenville, S.C. Bond Court*, C/A No. 6:25-cv-09355-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Guard Richardson*, C/A No. 6:25-cv-09353-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Guard Bryson*, C/A No. 6:25-cv-09351-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Greenville Cnty. Codes Dep't, et al.*, C/A No. 6:25-cv-09193-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Bond Ct. 2027*, C/a No. 6:25-cv-09191-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Inmate "Nick"*, C/A No. 6:25-cv-08770-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. U.S. Sup. Ct.*, C/A No. 6:25-cv-08767-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Dir. of Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-08760-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. State of S.C., et al.*, C/A No. 6:25-cv-08271-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. John Doe Emp. 1, et al.*, C/A No. 6:25-cv-08185-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Johnson*, C/A No. 6:25-cv-08184-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Lewis*, C/A No. 6:25-cv-08183-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. U.S. Dist. Ct.*, C/A No. 6:25-cv-08182-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Entire Guard Staff of Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-08091-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. The Med. Team of Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-07927-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Morkowski, et al.*, C/A No. 6:25-cv-07652-DCC-KFM (D.S.C.) (pending)

*Holtzclaw, et al. v. Bodiford*, C/A No. 6:25-cv-07651-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Stopp*, C/A No. 6:25-cv-07501-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Greenville Cnty. Sheriff's Dep't, et al.*, C/A No. 6:25-cv-07500-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Stokes, et al.*, C/A No. 6:25-cv-07499-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Greenville Cnty., Inc.*, C/A No. 6:25-cv-06897-DCC-KFM (D.S.C.) (pending)
*Holtzclaw v. John Doe, et al.*, C/A No. 6:25-cv-06447-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Devlin*, C/A No. 6:25-cv-04124-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Coggins*, C/A No. 6:25-cv-03974-TMC-KFM, at doc. 14 (D.S.C. Aug. 11, 2025) (dismissing civil action as frivolous and lacking any basis in law or fact)

*Holtzclaw v. Detective Nunez*, C/A No. 6:25-cv-03973-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. British Broad. Co. of Am.*, C/A No. 6:25-cv-03972-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Grover*, C/A No. 6:25-03971-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Reed*, C/A No. 6:25-cv-03764-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. John Doe of the Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-03763-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Bank of Am.*, C/A No. 6:25-cv-03757-JDA-KFM (D.S.C.) (pending)

*Holtzclaw v. White*, C/A No. 6:25-cv-03756-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. McDonald*, C/A No. 6:25-cv-03521-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. U.S. Dist. Att'y of S.C.*, C/A No. 6:25-cv-03520-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. U.S. Dist. Ct.*, C/A No. 6:25-cv-03519-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Guard Staff of Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-03396-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Earl*, C/A No. 6:25-cv-03302-JDA-KFM, at doc. 13 (D.S.C. July 25, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Internal Revenue Serv.*, C/A No. 6:25-cv-03218-DCC-KFM, at doc. 10 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Verizon*, C/A No. 6:25-cv-03217-DCC-KFM, at doc. 10 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Upstate Props., et al.*, C/A No. 6:25-cv-02906-DCC-KFM, at doc. 12 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Upstate Props.*, C/A No. 6:25-cv-02615-DCC-KFM, at doc. 11 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Med. Staff of Greenville Cnty. Det. Ctr., et al.*, C/A No. 6:25-cv-01414-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. United States*, C/A No. 6:25-cv-01413-DCC-KFM, at doc. 27 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. State of South Carolina*, C/A No. 6:25-cv-01371-DCC, 2025 WL 1708108 (D.S.C. June 18, 2025) (dismissing case and entering prefiling restrictions against the plaintiff)

*Holtzclaw v. John Doe 1 Spinx Employee, et al.*, C/A No. 6:25-cv-01294-DCC-KFM (D.S.C.) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Judge Brown, et al.*, C/A No. 6:25-cv-01066-DCC-KFM, at doc. 30 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Bodiford*, C/A No. 6:25-cv-1033-DCC-KFM, at doc. 29 (D.S.C. July 29, 2025) (dismissed for failure to pay the filing fee and comply with a court order)

*Holtzclaw v. Dr. Martin*, C/A No. 6:25-cv-00893-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Leonard, et al.*, C/A No. 6:25-cv-00849-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Horton, et al.*, C/A No. 6:25-cv-00802-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Dir. Greenville Cnty. Det. Ctr.*, C/A No. 6:25-cv-00723-DCC-KFM (D.S.C.) (pending)

*Holtzclaw v. Pittman, et al.*, C/A No. 6:25-cv-00025-DCC, 2025 WL 892977 (D.S.C. Mar. 24, 2025) (dismissing civil action as duplicative and pursuant to 28 U.S.C. §§ 1915; 1915A where the plaintiff alleges violations of his rights by individuals involved in prior Bankruptcy and Family Court matters)

*Holtzclaw v. Morgan, et al.*, C/A No. 6:24-cv-07562-DCC, 2025 WL 896851 (D.S.C. Mar. 24, 2025) (dismissing civil action for failure to state a claim where plaintiff alleged violations of his rights by his incarceration and in various proceedings in the Bankruptcy and Family Courts)

*Holtzclaw v. Warden Greenville Cnty. Det. Ctr.*, C/A No. 6:24-cv-07496-DCC-KFM (D.S.C. Mar. 24, 2025) (dismissing habeas action), *appeal dismissed* C/A No. 25-6255, 2025 WL 2141328 (4th Cir. July 29, 2025)

*Holtzclaw v. City of Greer, et al.*, C/A No. 6:24-cv-04026-DCC, 2024 WL 4608025 (D.S.C. Oct. 29, 2024) (dismissing civil action for failure to state a claim where plaintiff alleged violations of his rights by his incarceration and in various proceedings in the Greer Municipal Court, the Bankruptcy Court, and the Greenville Family Court), *appeal dismissed* C/A No. 25-6420 (4th Cir. Aug. 5, 2025)

*In re Holtzclaw*, C/A No. 20-03558-HB, at doc. 197 (Bankr. D.S.C. Dec. 1, 2022)

# EXHIBIT B